UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                             CRIMINAL NO. 5:02CR16DCB

JOHNNY LEE THOMPSON                                         DEFENDANT

### ORDER ALLOWING REMISSION OF REMAINING FINE BALANCE

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine

[#49] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on

September 22, 2003, is hereby remitted.

SO ORDERED, this the 10th day of  April  , 2017.


s/David Bramlette
HONORABLE DAVID C. BRAMLETTE
SENIOR UNITED STATES DISTRICT JUDGE